# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| GUSSIE FORD *obo* T.T., ) | CASE NO. 4: 12 CV 25 |
| ) | |
| Plaintiff, ) | JUDGE DONALD C. NUGENT |
| ) | MAGISTRATE JUDGE McHARGH |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

Consistent with the Court's Memorandum Opinion and Order adopting the Magistrate Judge's Report and Recommendation and denying Plaintiff's application for Social Security Income, judgment is entered in favor of Defendant and against Plaintiff.

 IT IS SO ORDERED.

*s/Donald C. Nugent*
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: <u>March 20, 2013</u>